## William C. NORTHUP et al.
### v.
### Horace CORRENTE et al.
### No. 78-330-A.

Supreme Court of Rhode Island.

April 24, 1980.

Joseph F. Penza, Jr., Providence, for plaintiffs.

William H. Corrente, Johnston, for defendants.

### ORDER

This case is assigned to the May, 1980 *show cause* calendar. The plaintiffs are directed to appear and show cause why their appeal should not be dismissed in light of the fact that the appropriate remedy for review of the Town Council decision in this case was by petition to this court for common law certiorari. See *Pitassi v. Personnel Hearing Board of the City of East Prov-*

*idence,* 116 R.I. 116, 352 A.2d 658 (1976); *Patenaude v. Personnel Board,* 108 R.I. 142, 272 A.2d 926 (1971).